MILLARD KIMLIN, Respondent, v. HOLLIS DeNEEFE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MILDRED LEDER and Another, Appellants, v. LOUIS SKALETSKY and Others, Defendants, Impleaded with GEORGE SHIFTER, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs, on the ground that the defense of usury is personal to the borrower (*Terminal Bank* v. *Dubroff*, 66 Misc. 100), and is not available to the respondent. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MAURICE LEON, Appellant, v. GASTON LIEBERT and Others, Respondents.— Orders and judgments unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

LEVY BROTHERS REALTY COMPANY, Respondent, v. ALBERT LOEB, Appellant.— Determination of the Appellate Term, and judgment of the Municipal Court, reversed on the law, and judgment unanimously directed in favor of the defendant, appellant, with costs in all courts, on authority of *Stern* v. *Equitable Trust Co.* (238 N. Y. 267). Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

MADELINE E. LORTSCHER, Appellant, v. AUSTIN & MERRITT, INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

MABEL E. MILLES, Appellant, v. JOHN F. CLARK and Others, Doing Business under the Firm Name and Style of JNO. F. CLARK & COMPANY, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JOSEPH J. O'BRIEN, Respondent, v. JOHN DRESCHER, Appellant. MILTON STERN, Trading, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC LEVITT and Another, Appellants.— Judgment of conviction of the County Court of Kings county affirmed by default. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL URICHIO (alias SAMUEL RICCIO), Appellant.— Judgment of conviction of the County Court of Kings county, and order denying motion for new trial on the ground of newly-discovered evidence, affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

HARRIET ROTHBARD, Respondent, v. BENTON ROTHBARD, Appellant.— Orders affirmed, with ten dollars costs and disbursements. We do not feel called upon at this time to interfere with the award of alimony that has been made. After a trial of the issues the court at Special Term will be advised as to the proper allowance to be made, if any. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MARY A. SMITH, Appellant, v. CHARLES WELDON SMITH, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.